

**NUMBER 13-08-340-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**JEROME D. BROWN,** **Appellant,**

**v.**

**SGT. E. CASTRO, ET AL.,** **Appellees.**

---

**On appeal from the 343rd District Court of Bee County, Texas.**

---

# MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Benavides**
**Memorandum Opinion Per Curiam**

Appellant, Jerome D. Brown, brought an appeal from a judgment entered by the 343rd District Court of Bee County, Texas, in cause number B-07-1511-CV-C. Appellant has filed a motion to dismiss the appeal on grounds that the appeal is interlocutory because he has not exhausted his administrative remedies. The Court, having considered

the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 10th day of July, 2008.